CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
FEB 22 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROSEMARIE ZEIGLER,<br><br>*Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant.* | CIVIL ACTION NO. 3:05-CV-00020<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

Before the Court are the Commissioner's objections to the Magistrate's January 12, 2006 Report and Recommendation. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ADJUDGED, ORDERED AND DECREED

as follows:

1. The Magistrate Judge's January 12, 2006 Report and Recommendation shall be, and it hereby is, REJECTED;

2. The Commissioner's objection to the Report and Recommendation shall be, and it hereby hereby is, SUSTAINED in accordance with the accompanying Memorandum Opinion.

3. The final decision of the Commissioner shall be, and it hereby is, AFFIRMED.

4. The case shall be, and it hereby is, STRICKEN from the docket of the Court.

The Clerk of Court hereby is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to Magistrate Judge Crigler and to all counsel of record.

ENTERED: *signature*
United States District Judge

2/22/06
Date